**FILED**
March 8, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)    Case No. 2:06-mj-71 KJM
       Plaintiff, )
v. )    ORDER FOR RELEASE OF
)    PERSON IN CUSTODY
James Current, )
)
_____)
       Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release James Current  Case No. 2:06-mj-71 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

            _   Unsecured Appearance Bond

            _   Appearance Bond with 10% Deposit

            _   Appearance Bond secured by Real Property

            _   Corporate Surety Bail Bond

    X    (Other) ~~PTS~~ Prob conditions/supervision

Issued at Sacramento, CA on 3/8/06 at 3:15 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge